IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00186-WDM-PAC

DEBRA OVERTON,

    Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS OF RIO BLANCO COUNTY,
PIONEERS HOSPITAL OF RIO BLANCO COUNTY,
BOARD OF TRUSTEES OF PIONEERS HOSPITAL OF RIO BLANCO COUNTY, and
ROBERT OMER.

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 28, 2005

    IT IS HEREBY **ORDERED** that Plaintiff Debra Overton's Unopposed Motion for Entry of Protective Order [filed July 19, 2005] is **granted.** The attached Protective Order is made an order of the court this date.