IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00186-WDM-PAC

DEBRA OVERTON,

    Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS OF RIO BLANCO COUNTY,
PIONEERS HOSPITAL OF RIO BLANCO COUNTY,
BOARD OF TRUSTEES OF PIONEERS HOSPITAL OF RIO BLANCO COUNTY, and
ROBERT OMER.

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Extend the Discovery an Dispositive Motion Deadlines [filed September 14, 2005] is **granted in part and denied in  part** as follows:

    The discovery deadline is extended to **December 1, 2005.**

    The dispositive motions deadline is extended to **January 3, 2006.**

    IT IS **FURTHER ORDERED** that the Final Pretrial Conference set for January 6, 2006 is *vacated and reset* to **May 3, 2006 at 8:30 a.m.** in Courtroom A501.  The proposed Pretrial Order is due on or before **April 28, 2006.**

    Counsel are advised that the continued failure to comply with the Court's Electronic Filing Procedures, Page 15, may result in sanctions.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  September 19, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00186-WDM-PAC

DEBRA OVERTON,

    Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS OF RIO BLANCO COUNTY,
PIONEERS HOSPITAL OF RIO BLANCO COUNTY,
BOARD OF TRUSTEES OF PIONEERS HOSPITAL OF RIO BLANCO COUNTY, and
ROBERT OMER.

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Extend the Discovery an Dispositive Motion Deadlines [filed September 14, 2005] is **granted in part and denied in part** as follows:

    The discovery deadline is extended to **December 1, 2005.**

    The dispositive motions deadline is extended to **January 3, 2006.**

    IT IS **FURTHER ORDERED** that the Final Pretrial Conference set for January 6, 2006 is *vacated and reset* to **May 3, 2006 at 8:30 a.m.** in Courtroom A501. The proposed Pretrial Order is due on or before **April 28, 2006.**

    Counsel are advised that the continued failure to comply with the Court's Electronic Filing Procedures, Page 15, may result in sanctions.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated: September 19, 2005

---

The undersigned certifies that a copy of the foregoing Minute Order was served on September 19, 2005, by: (*) Delivery to; by: (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (*) facsimile to:

DEBRA OVERTON

Certificate of Mailing

Deputy Clerk