IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00186-WDM-PAC

DEBRA OVERTON,

        Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF RIO BLANCO COUNTY, et al.,

        Defendant(s).
_____

## MINUTE ORDER
_____

        By order of Judge Walker D. Miller:

        Defendant Omer's motion to file oversized brief is granted.  The motion is
accepted for filing.

Dated: February 2, 2006

                                        s/Jane Trexler, Secretary/Deputy Clerk