IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00186-WDM-PAC

DEBRA OVERTON,

    Plaintiff,

v.

THE BOARD OF COMMISSIONERS OF RIO BLANCO COUNTY,
PIONEERS HOSPITAL OF RIO BLANCO COUNTY,
BOARD OF TRUSTEES OF PIONEERS HOSPITAL OF RIO BLANCO COUNTY, and
ROBERT OMER,

    Defendants.

## ORDER

Miller, J.

This matter is before me on defendant Board of County Commissioners of Rio Blanco County's (the Board) Supplemental Motion for Summary Judgment and Brief in Support, filed January 18, 2006. I note that prior to the filing of this motion, the Board had already filed a Motion to Dismiss, or In the Alternative Motion for Summary Judgment, on March 21, 2005. After reviewing the motions and related filings, I conclude that, rather than dealing with multiple motions, it will simplify and clarify matters if all of the Board's arguments are consolidated into a single motion. Therefore, I will deny both motions without prejudice, and grant the Board time to file a new motion.[1]

---

[1] I also note that I will expect this motion to comply with all of my Pretrial Procedures regarding motions for summary judgment, including the page limitations

Accordingly, it is ordered:

1. The Board of County Commissioners of Rio Blanco County's Motion to Dismiss, or In the Alternative Motion for Summary Judgment, filed March 21, 2005 (Docket No. 17), is denied without prejudice.

2. The Board's Supplemental Motion for Summary Judgment, filed January 18, 2006 (Docket No. 94), is denied without prejudice.

3. The Board may file a new motion by February 20, 2006.  Responses and reply briefs shall be filed in accordance with the time schedule set forth in D.C.COLO.LCivR 7.1(C).

DATED at Denver, Colorado, on February 7, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

---

and the section on undisputed facts — unless specific leave is granted by the Court.