IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00186-WDM-PAC

DEBRA OVERTON,

    Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS OF RIO BLANCO COUNTY,
PIONEERS HOSPITAL OF RIO BLANCO COUNTY,
BOARD OF TRUSTEES OF PIONEERS HOSPITAL OF RIO BLANCO COUNTY, and
ROBERT OMER,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Colorado Department of Public Health and Environment's Motion for a Protective Order [filed March 8, 2006; Doc. No. 115] is **denied** for failure to comply with D.C.Colo.LCivR 7.1.A.

March 21, 2006