IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00186-WDM-PAC

DEBRA OVERTON,

    Plaintiff,

v.

THE BOARD OF COMMISSIONERS OF RIO BLANCO COUNTY,
PIONEERS HOSPITAL OF RIO BLANCO COUNTY,
BOARD OF TRUSTEES OF PIONEERS HOSPITAL OF RIO BLANCO COUNTY, and
ROBERT OMER,

    Defendants.

## ORDER OF DISMISSAL

Miller, J.

This case is before me on Plaintiff's motion to dismiss, filed March 14, 2006. In her motion, Plaintiff seeks to voluntarily dismiss defendant the Board of County Commissioners of Rio Blanco County (the BOCC) with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). In response, the BOCC consents to dismissal, so long as they are awarded their costs as the prevailing party.

Given the parties agreement, and the fact that Plaintiff only moved for dismissal after the BOCC filed a motion for summary judgment, I find that dismissal with prejudice and an award of costs is appropriate. *See Cantrell v. Int'l Brotherhood of Electrical Workers Local 2021*, 69 F.3d 456, 458 (10th Cir. 1995) ("[I]n cases not involving a settlement, when a party dismisses an action with or without prejudice, the district court has discretion to award costs to the prevailing party under Rule 54(d)."); *Aerotech, Inc.*

*v. Estes*, 110 F.3d 1523, 1526-27 (10th Cir. 1997).  Of course, the BOCC must first comply with D.C.COLO.LCivR 54.1.

 Accordingly, it is ordered:

1. Plaintiff's motion to dismiss, filed March 14, 2006 (Docket No. 123), is granted.

2. All claims against defendant Board of County Commissioners of Rio Blanco County are dismissed with prejudice.

3. Upon compliance with D.C.COLO.LCivR 54.1, defendant Board of County Commissioners of Rio Blanco County may have its costs.

4. Defendant Board of County Commissioners of Rio Blanco County's motion for summary judgment, filed February 15, 2006 (Docket No. 103), is denied as moot.

5. This case remains pending on Plaintiff's claims against the remaining defendants.

 DATED at Denver, Colorado, on April 19, 2006.

            BY THE COURT:


            s/ Walker D. Miller
            United States District Judge