IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00186-WDM-PAC

DEBRA OVERTON,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF RIO BLANCO COUNTY, et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

    By order of Judge Walker D. Miller:

    Defendant's motion to withdraw document, filed December 11, 2006 (Doc. No. 194) is granted.  Defendant's motion to stay, filed November 2, 2006, (Doc. No. 188) and plaintiff's motion to retain jurisdiction, filed October 26, 2006 (Doc. No. 181) are denied as moot.

Dated: October 26, 2006

                                              s/Jane Trexler, Secretary/Deputy Clerk