IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00186-WDM-PAC

DEBRA OVERTON,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF RIO BLANCO COUNTY, et al.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

    By order of Judge Walker D. Miller:

    Because the parties have settled this case, all pending motions are denied as moot.

Dated: January 18, 2007

                                            s/Jane Trexler, Secretary/Deputy Clerk